Name Donnell BLEDSOE SR.
Street Address 2038 E. CHURCH ST.
City and County STOCKTON, CA.
State and Zip Code Ca. 95205
Telephone Number (916) 370-7932

FILED

MAR 02 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Donnell Bledsoe SR.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

MARK ZUCKERBERG
FACEBOOK

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22 - CV 0394   KJM KJN PS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

**I. The Parties to This Complaint**

    **A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: DONNELL BLEDSOE SR.
- Street Address: 2038 E. CHURCH ST.
- City and County: STOCKTON, SAN JOAQUIN CO.
- State and Zip Code: CALIFORNIA 95205
- Telephone Number: (916) 370-7932

    **B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: MARK ZUCKERBERG
- Job or Title (if known): CEO
- Street Address: 1 HACKER WAY
- City and County: MENLO PARK, SAN MATEO county
- State and Zip Code: CALIFORNIA 94025
- Telephone Number:

Defendant No. 2

- Name: FACEBOOK
- Job or Title (if known): SOCIAL MEDIA
- Street Address: 1 HACKER WAY
- City and County: Menlo PARK, SAN MATEO county
- State and Zip Code: CALIFORNIA 94025
- Telephone Number:

2

Defendant No. 3

  Name      _____

  Job or Title     _____
  (if known)

  Street Address   _____

  City and County  _____

  State and Zip Code _____

  Telephone Number _____

Defendant No. 4

  Name      _____

  Job or Title     _____
  (if known)

  Street Address   _____

  City and County  _____

  State and Zip Code _____

  Telephone Number _____

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

  ☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

CIVIL RIGHTS ACT PROHIBITS RELIGIOUS DISCRIMINATION, FIRST AMENDMENT RIGHTS TO FREEDOM OF SPEECH sec. 4850 CIVIL HARASSMENT section 527.6

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship** INTERFERENCE with production

1. The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* Donnell Bledsoe, is a citizen of the State of *(name)* CALIFORNIA.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* MARK ZUCKERBERG, is incorporated under the laws of the State of *(name)* CALIFORNI, and has its principal place of business in the State of *(name)* CALIFORNIA. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* continue next page

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

100,000,000.00 (one Hundred MILLION)

---

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

When harassing or stalking behavior involves the Internet, U.S. Mail, or activities that cross state lines, the crime may be charged as a federal offense. Stalking another person by using the Internet, or U.S. Mail is a felony crime under the criminal law of the united states. See page attached 5-III

5

Continue Page 5-C

C. If the defendant is a corporation

The defendant FACE BOOK is incorporated under the laws of CALIFORNIA, AND HAS its principle place of Business in the CALIFORNIA.

Page 5-III Continue STATEMENT OF Claim

A) December 2, 2021 MARK Zuckerberg And FACEBOOK HACKED My FACEBOOK Account And erased over 500 Religious Photo's AND VIDEO'S OFF of My True Line. The DEfendant's Also ERASED religious Scriptures I posted About my mother's PASTOR SAMUEL SMILE JR., PH.D. MESSAGE "Without Faith It is impossible To please GOD" And My 11th ANNIVERSARY POST About how I LEAN on my FAITH ALL The Time. FACE Book currently deletes my regious Post every month since December 2, 2021 To February 28, 2022. Everytime I log on to my FACEBOOK Account I Find New Religious POST $ VIDEO's deleted. I have recorded ALL Evidence on A MP3 Flash Drive to present to the COURT.

## STATEMENT OF FACTS Continue

B) FACEBOOK has erased my religious post of scriptures over 12 Times from my Timeline. The scripture was about "Faith is a human Investment" by Dr. Samuel Smith, Jr., Ph.D, my mother's Pastor. See Date February 23, 2022 on Plaintiff's Facebook page. The original post was on November 14, 20__. The defendant Mark Zuckerberg and facebook has continually erased this post over 12 times from 2010 to 2022 with this post being erased in December 2021 three times.

C) FACEBOOK has erased my religious scriptures over 12 Times since 2015 Through February 28, 2022 stating "He who dwells in The secret place of the most High shall abide under the shadow of The Almighty. Posted on February 23, 2022. The original post was on December 6, 2015. Facebook has erased This post over 7 Times between 2020 Through 2022.

D) FACEBOOK has erased the Plaintiff's religious scripture and post on February 23, at 9:57 P.M. over 12 Times. This post was about "Who may worship in your Sanctuary, Lord? originally posted on December 2, 2012. This post has been deleted over 10 Times between 2021-2022.

E) FACEBOOK has erased my post "Touch not my anointing and do my Prophet no harm You've been warned over 12 Times from my Timeline. Original post was 2015. This post has been

Erased over 12 Times between 2021 Through 2022.

F) FACEBOOK has erased This post on February 23, 2022 @ 9:11 P.M. Wednesday. Check FACEBOOK posts or MP3 Flash Drive that will be provided. FACEBOOK has erased this post over 7 Times From my FACEBOOK Time-Line Between September 1, 2021 — Through February 28, 2022.

G) This is Another video of a post, I The plaintiff posted on my FACEBOOK Timeline. This post was Also posted on February 23, 2022 @ 9:11 P.M. Wednesday. FACEBOOK has erased This video over 12 Times From my Time-Line between October 2, 2021 Through February 28, 2022 Face Book has erased This video post over 12 Times From plaintiff Time-line.

H) I The plaintiff Also posted Another video on February 23, 2022 @ 9:11 P.M. That FACEBOOK keeps continually erasing. This post was Erased from my time-line over 7 Times between July 25, 2021 — February 28, 2022

I) I The plaintiff posted A different video on February 23, 2022 as evidence @ 9:11 P.M. This video was erased from plaintiff's Timeline

over 7 Times between August 23, 2021 Through February 28, 2022.

J) Different video posted on February 23, 2022 @ 9:11 being erased over 7 Times between August 11, 2021 Through February 28, 2022.

K) FACEBOOK has erased a picture of me I posted on February 23, 2022. It is a picture of the plaintiff's eleven year anniversary copyrighted picture originally taken on March 1, 2011. FACEbook has erased this copyrighted picture over one-hundred Times Between March 1, 2005 Through February 28, 2022.

L) FACEBOOK has erased this religious post/video of one of my prophecies post on February 23, 2022 @ 8:59. This video post has been erased over 12 Times Between June 6, 2021 Through February 28, 2022.

M) FACEBOOK has erased this religious post over 12 Times between August 10, 2018 Though February 28, 2022.

N) FACEBOOK has erased this video posted on February 23, 2022 @ 8:58 p.m. of my anniversary. This post has been erased

over 12 Times between November 15, 2018 through February 28, 2022.

O) FACEBOOK has erased This post from my Timeline over 12 Times. This post was reposted on February 22, 2022 @ 11:49 P.M. This post was erased over 12 Times from my timeline between December 28, 2019 Through February 28, 2022.

P) Another post posted on February 22, 2022 @ 11:49. This religious picture was erased from the plaintiff's Timeline over 12 Times between November 24, 2019 Through February 28, 2022.

Q) This post The Chosen one was erased from the plaintiff's post over 12 Times. This post was reposted on February 22, 2022 @ 11:49 P.M. FACEBOOK erased This religious post from my (plaintiff's) Timeline over 12 Times between January 17, 2018 Through February 28, 2022.

R) FACEBOOK has erased This video The plaintiff over 7 Times. This religious video was posted on February 22, 2022 @ 11:12 P.M.

And has been erased over 7 Times From the plaintiff's Timeline between August 23, 2021 Through February 28, 2022 About Europes Darkest Secret.

J) Facebook has erased This religious video over 12 Times From My Timeline. This video was posted on February 22, 2022 @ 11:11 P.M. Facebook has erased This post over 7 Times From my Timeline (Jacobs latter) This post was erased From my (Plaintiffs) Time line over 7 Times between June 29, 2021 Through February 28, 2022.

K) Video of The moon with lights on it Reposted on February 22, 2022 @ 10:40 P.M. has been erased off of Plaintiff's Timeline over 12 Times between July 30, 2021 Through February 28, 2022.

L) Facebook has erased this video of a Eastern Starship Changing shapes post on February 22, 2022 @ 10:39 P.M. over 8 Times Between November 10, 2021 Through February 28, 2022

M) Facebook has Also erased Eastern Star ship in russia Posted on February 22, 2022 @ 10:39 P.M. over 7 Times From plaintiff Timeline between

October 2, 2021 Through February 28, 2022.

N) FACE has erased This post on February 28, 2022 over 7 Times From The Plaintiff's Timeline. It's a spiritual post originally posted on December 14, 2021. I will provide MP3 Flash drive for proof.

O) FACEBOOK has erased This POST From my Timeline over 7 times. It's a video of a submarine encountering a starship/UFO posted on February 22, 2022. Original post was posted on October 2, 2021 @ 10:38 p.m.

P) FACEBOOK has ERASED This POST off of The Plaintiff's Timeline over 7 Times. Posted to Plaintiff Timeline on February 22, 2022. The original post was on November 10, 2022. A video of a Lady encountering real starship/UFO. @ 10:38 P.M 2/22/22

Q) FACEBOOK has erased This VIDEO POST off of Plaintiff's Timeline over 7 Times. Posted on February 22, 2022. The original post was on November 10, 2021 @ 10:37 P.M.

R) FACEBOOK has erased this POST over 8 Times From Plaintiff's Timeline. It's a video of a starship (FW 7:477) Federation warship (copyrighted) by Plaintiff extracting energy from The Sun. Original post was on July 29, 2021, reposted on February 22, 2022 @ 10:22 P.M.

S) FACEBOOK erased This post off of my Timeline over 7 Times. It's A picture taken in Stockton, Ca. Original post was on February 21, 2021. I reposted on February 28, 2022. @ 7:47 P.M.

T) FACEBOOK has erased this post of a House in Texas Purple & white 11 year Anniversary Photo off of plaintiff's Timeline. I reposted on February 27, 2022 @ 4:44 A.M.

U) FACEBOOK has erased this post that I the plaintiff reposted on February 22, 2022 @ 10:01 P.M. Mother Starship over Washington, DC. This post was erased off of my Timeline over 12 Times.

V) FACEBOOK has erased this post off of plaintiff's Timeline over 8 Times. I reposted Fox News Navy confirms 2019 UFO video is real. reposted on February 22, 2022. The original post was July 26, 2021.

W) FACEBOOK has erased this religious video of a pyramid coming out of the sky. I reposted this video on February 22, 2022 @ 9:59 P.M. The original post was on August 1, 2021.

X) Facebook has erased this post, I the plaintiff reposted on February 22, 2022 @ 9:59 P.M off of my Timeline over 12 Times. Original post on August 8, 2021. It a picture of a dozen Starships/UFO's Dipping in Formation.

Y) FACEBOOK has erased this video of a starship Shinning a Beam of Light on a police officer who pulled over a driver. This post has been erased

over 8 times. I The Plaintiff reposted this video on February 22, 2022 @ 8:59 P.m. The original post was on June 29, 2021.

2) FACEBOOK has erased this video also that I The plaintiff posted on February 22, 2022 @ 9:59 P.m. IS A VIDEO of A TRIANGULAR STARSHIP/UFO. This VIDEO was TAKEN/ERASED OFF OF The Plaintiff's Timeline over 8 Times. The original Post was on August 23, 2021

1) FACEBOOK has erased This picture of African American slaves that were Thrown overboard. FACEBOOK has erased This post off of My Timeline over 7 Times I reposted picture on February 22, 2022 @ 10:34 A.m.

2) FACEBOOK has erased Another picture of African slaves that were Thrown overboard. Picture of slaves AT the Bottom of ocean in A circle. FACEBOOK has erased This Post over 7 Times. I reposted on February 22, 2022 @ 10:33 A.m. original post on February 18, 2019

3) FACEBOOK has erased This post Along with My mother's post over 3 Times from my Time line. My mother's Post would Always be The next POST in Sequence. I reposted My picture on February 20, 2022. The original post was posted on July 9, 2018. reposted February 20, 2022 @ 6:09 A.m.

4) The next post is my mother's 9 year anniversary that Facebook continually erases off of my timeline. I reposted this post on February 20, 2022 @ 6:06 A.m.

5) Facebook has erased this religious post off of my timeline over 7 times. My post and picture gateway to heaven. Original post on November 13, 2019. I reposted on February 21, 2022

6) Facebook erased this video (religious) of starships/UFO's coming to earth (must review) you would have to see the video your Honor because its authentic to believe it. I reposted this religious spiritual video on February 21, 2022. This post has been erased from my timeline over 7 times. The original post date of this video was taken June 29, 2021.

7) Facebook erased this spiritual picture of a starship (red dot) and the moon. Posted on February 21, 2022 @ 7:33 A.m. Facebook has erased it off of my timeline over 7 times. Original post was on June 13, 2019

8) Facebook has erased this post off of my timeline over 7 times. "Attacked by the Hive. Reposted on February 21, 2022 at 7:07 A.m.

9) Facebook has erased my personal video over 12 times. Reposted on February 21, 2022 at 7:07 A.M. It a Eastern Starship/UFO over the moon, original video posted on August 1, 2021.

10) Facebook has also erased a picture I the plaintiff posted off of You-Tube UFO's filmed over Haiti over 12 times. I reposted on February 21, 2022.

11) Facebook has erased my personal photo No it's not the Government starting fires. This post has been erased off of my Facebook time line over 12 times. I reposted on February 21, 2022 @ 7:07 A.M. Originally posted on November 14, 2018.

12) Facebook has erased this post over seven times. Reposted on February 22, 2022. It is one of three maps of Africa (spiritual post) original post was on August 4, 2021. Reposted on Feb. 22, 2022 @ 9:46 A.M.

13) Facebook has erased another religious post about the plaintiff's History & Heritage A map of Africa also reposted on February 22, 2022. @ 9:46 A.M Also this post has been erased seven times.

14) FACEBOOK has erased another map of Africa the plaintiff's History and Heritage over seven times. Reposted on February 22, 2022. Original Post August 22, 2020.

15) FACEBOOK has erased the plaintiff Religious Post Proverbs 22:28 "Remove not the ancient landmark which thy fathers have set. This post has also been erased over seven times. Reposted on February 22, 2022. Original post on April 30, 2020.

16) FACEBOOK has erased another post actually 3 post of "Hurricane meaning over 7 times from plaintiff's post. Reposted on February 22, 2022. There are 2 more post in sequence about "Ancestors over came obstacles for Freedom and the next post follow is a live mermaid video. All reposted on February 22, 2022 @ 9:43 A.m.

Your Honor to verify evidence use law enforcement status to Log into FACEBOOK and check plaintiff's claim. Log on to plaintiff's profile Donnell Bledsoe (music Donjuan) and review page. There is more evidence plaintiff is prepared to provide to the courts. Last But not least is my other post FACEBOOK erased from my plaintiff's time line.

17) This is another religious post about the plaintiff's Heritage and religious post. It's a picture of Africa Holy Mount Zion map that the defendants listed erased over 7 times reposted on March 1, 2022 @ 7:11 A.M.

Your Honor please Review The Plaintiff's Facebook page because it has all video's and post the defendant erased over and over again I Donnell Bledsoe Sr. need for the court to impose and injunction on the defendant's Mark Zuckerburg and Facebook to stop erasing my religious post. I will provide the court also with a MP3 Flash Drive to support this claim.

Truly yours,

Donnell Bledsoe Sr.
Pro Se Attorney
March 1, 2022

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statutory Damages, Punitive Damages, Economic Damages, Mental Anguish, Loss of Consortium, Loss of Companionship And Society, Loss of Enjoyment of Life

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 1, 2022

Signature of Plaintiff    Donnell Bledsoe, Sr.
Printed Name of Plaintiff    Donnell Bledsoe Sr.

6

# CERTIFICATE OF SERVICE OF DOCUMENT

* You must serve each document you file by sending, or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: **Donnell Bleosoe Sr. Mark Zuckerberg et.al**

2. Case Number: _____

3. What documents were served? [Write the full name or title of the document or documents]: **Complaint for civil case**

4. How was the document served? [check one]
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? [Write the full name and contact information for each person you sent the document to.]

   **Mark Zuckerberg**
   **1 Hacker Way, Menlo Park, Ca. 94025**
   **Facebook**
   **1 Hacker Way, Menlo Park, Ca. 94025**

6. When were the documents sent? **March 1, 2022**

7. Who served the documents? [Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Cozette Foley*
Name: Cozette Foley
Address: 2088 E Church St
Stockton, CA 95205

CERTIFICATE OF SERVICE [LRC TEMPLATE Rev. 05 2017]