UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG; FACEBOOK,<br><br>    Defendants. | No. 2:22–cv–0394–KJM–KJN PS<br><br>ORDER<br><br>(ECF Nos. 2, 5) |

        On April 28, 2022, the magistrate judge filed findings and recommendations (ECF No. 5), which were served on the plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 9, 2022, plaintiff filed objections to the findings and recommendations (ECF No. 6), which have been considered by the court.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court adopts the magistrate judge's findings and recommendations that to the extent this court has subject matter jurisdiction over this action, the complaint does not state a claim on which relief can be granted, and amendment would be futile.

/////

/////

1

Accordingly, the action is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2), and plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED AS MOOT. The Clerk of Court is directed to CLOSE this case.

DATED: June 28, 2022.

CHIEF UNITED STATES DISTRICT JUDGE