## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DONNELL BLEDSOE,**

CASE NO: **2:22–CV–00394–KJM–KJN**

v.

**MARK ZUCKERBERG, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/28/2022**

**Keith Holland**
Clerk of Court

ENTERED: **June 28, 2022**

by: /s/ L. Reader
Deputy Clerk